# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sylvia Sutton,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                               3:12-cv-500-GCM

Eric H. Holder, Jr.
Attorney General,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 21, 2012 Order.

                                              Signed: August 21, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court